IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BMO BANK, N.A.,

        Plaintiff,

v.

P & K EQUIPMENT LEASING LLC,
ARCTIC FREIGHT LLC and
PENNY HANSON,

        Defendants.

ORDER

23-cv-688-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 17th day of October, 2023.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge