IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BMO BANK N.A.,

　　　　　　　　　　　Plaintiff,

　　v.

P & K EQUIPMENT LEASING LLC, ARCTIC
FREIGHT LLC, and PENNY HANSON,

　　　　　　　　　　　Defendants.

DEFAULT JUDGMENT

23-cv-688-jdp

---

IT IS ORDERED and ADJUDGED that:

1. Judgment is entered for money damages in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $278,619.07 as of August 24, 2023, with interest accruing thereon on the amount of $132.21 per diem until the date of this judgment.

2. Defendants are ENJOINED as set forth in the attached permanent injunction.

Approved as to form this ___16TH___ day of January, 2024.

_____
James D. Peterson
District Judge

_____
Joel Turner
Clerk of Court

_January 16, 2024_
Date