IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BMO BANK N.A.,

                Plaintiff,

v.

P & K EQUIPMENT LEASING LLC, ARCTIC FREIGHT LLC, and PENNY HANSON,

                Defendants.

PERMANENT INJUNCTION

23-cv-688-jdp

---

IT IS ORDERED that:

1. BMO Bank, N.A. is lawfully entitled to immediate possession of the collateral, which consists of the following vehicles:

| Year | Make | Model | Desc. | VIN |
|---|---|---|---|---|
| 2016 | Freightliner | Cascadia Series | Tractor | 3AKJGLD52GSGT9268 |
| 2016 | Freightliner | Cascadia Series | Tractor | 3AKJGLD54GSGT9272 |
| 2016 | Freightliner | Cascadia Series | Tractor | 3AKJGLD55GSGT9264 |
| 2016 | Freightliner | Cascadia Series | Tractor | 3AKJGLD50GSHA9524 |
| 2016 | Freightliner | Cascadia Series | Tractor | 3AKJGLD55GSHG388 |
| 2016 | Freightliner | Cascadia Series | Tractor | 3AKJGLD5XGSGT9261 |
| 2016 | Freightliner | Cascadia Series | Tractor | 3AKJGLD57GSGY1290 |
| 2016 | Freightliner | Cascadia Series | Tractor | 3AKJGLD54GSGY1294 |
| 2016 | Western Star | Cascadia Series | Tractor | 5KJJBHDV5GLHS1643 |
| 2023 | XL Specialized | RGN | Trailer | 4U3J04829PL021606 |

2. P & K Equipment Leasing, Arctic Freight, LLC, Penny Hanson, and any of their responsible managing agents, officers, directors, or employees, and any person or entity in active concert or participation with those defendants having actual notice of this order by personal service or otherwise, are enjoined and restrained as follows (i) from transporting, using, pledging, selling, transferring, or disposing of the collateral except as may be necessary to move or transport the collateral in order to comply with this order; and (ii) restricting, limiting, or conditioning either the access of BMO to the collateral, or BMO's ability to take possession of the collateral.

3. P & K Equipment Leasing, Arctic Freight, LLC, and Penny Hanson are required to: (i) contact BMO's representative Nolan Broadie (phone 319-832-3512; e-mail Nolan.Broadie@bmo.com) by the end of the next business day after receiving notice of this order and disclose the precise location of the collateral; and (ii) by the end of the second business day after receiving notice of this order, surrender the collateral in its possession, custody, or control to BMO at one or more locations to be designated by BMO and take all actions necessary to allow BMO to obtain access to and possession of the collateral, including terminating sub-leases, if any, and obtaining the collateral from any third parties who may have possession custody, or control over the collateral.

4. BMO shall use commercially reasonable methods to sell the collateral. The proceeds of the sale shall be credited to the judgment, and any excess shall be refunded to defendants.

Entered  JANUARY 16 , 2024.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge